**BEYER v. McGEORGE.**

No. 6296.

Circuit Court of Appeals, Third Circuit.

June 11, 1937.

Thompson & Hanstein, of Atlantic City, N. J., for appellant.

Wm. M. Clevenger and Thos. R. Clevenger, both of Atlantic City, N. J., and James Mercer Davis, of Camden, N. J., for appellee.

Before BUFFINGTON, THOMPSON, and BIGGS, Circuit Judges.

PER CURIAM.

This case requires no opinion. Without reciting the facts, it suffices to say the court below rightly held that, after the expiration of the term and with no order extending the same, it had no power to set aside or alter its final judgment. To that effect is Montgomery v. Realty Acceptance Corp. (C.C.A.) 51 F.(2d) 642, affirmed in 284 U.S. 547, 52 S.Ct. 215, 76 L.Ed. 476. So holding, the appeal is dismissed.